**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 5/1/2017

Case: **Lin v. Han Y. Inc. et al.**

Civ. A. **17-175(JBW)(VMS)**
**ECF Recording in 504N:**   ☐ Telephone Conference   ☐ In-person Conference

3:54-4:04, 4:32-4:37

**Counsel:** *(See separately docket entry or document for specific appearances)*

☒ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☒ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference  ☐ Status Conference  ☒ Settlement Conference  ☐ Motion Hearing  ☐ Discovery Conference  ☐ JPTO Conference  ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder   ☐ To be served   ☐ To be filed
   ☐ Complaint ☐ Answer   ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Settlement Stip of dismissal to be filed   5/22/17
☐ **Status conference**   Date:   Time:
   ☐ **In person** ☐ **Telephone (718) 613-2300**   **To be organized by:**
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ **Joint letter confirming discovery is concluded**
☐ Summary judgment to be initiated   ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed   ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ **Settlement Conference**   Date:   Time:

Page 1 of 2

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: **Lin v. Han Y. Inc. et al**              Civ. A. **17-175(JBW)(VMS)**

Date: **5/1/2017**

**Additional Orders:**

For the reasons stated on the record, the agreement is approved as fair and reasonable pursuant to Cheeks subject to the filing of the settlement agreement consistent with the agreement on the record.

Page 2 of 2